# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

| | |
|---|---|
| Matthew Vinez<br><br>  Plaintiff,<br><br>v.<br><br>Valentine & Kebartas, Inc.<br><br>  Defendant. | Case No. 0:10-cv-3883-ADM-JJK<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

  Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

       RESPECTFULLY SUBMITTED,

       Macey & Aleman, P.C.

       By: */s/ James Agosto*
         James Agosto (Bar No, 388438)
         1970 Oakcrest Avenue, Suite 210
         Roseville, MN 55113
         Tel:  866-339-1156
         Fax: 651-735-9285
         jxa@legalhelpers.com
         *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. mail on March 3, 2011,

addressed to the following:

Valentine & Kebartas, Inc.
15 Union Street
Lawrence, MA 01840

/s/ James Agosto